FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0118

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0118

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

O R D E R

TERENCE R. PASSMORE,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Terence R. Passmore, to all counsel of record, and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 30 2021